# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEBORAH ANNE MILLER, | )<br>)<br>) |
| Plaintiff, | )<br>) Civil Action No. 1:14-cv-01060-LJV |
| v. | )<br>) |
| HATFIELD PORTFOLIO GROUP LLC;<br>HARBINGER PROCESSING GROUP LLC;<br>ASHLEY STEWART;<br>JOSEPH THOMPSON;<br>JASON BUZAK; and<br>DOE 1-5, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>)<br>) |

## NOTICE OF VOLUNTARY DISMISSAL AS TO ASHLEY STEWART, JOSEPH THOMPSON and DOE 1-5

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), Plaintiff voluntarily dismisses the action only as against Defendants Ashley Stewart, Joseph Thompson and DOE 1-5. Plaintiff will proceed with the action against Defendants HATFIELD PORTFOLIO GROUP LLC; HARBINGER PROCESSING GROUP LLC; and JASON BUZAK.

Date: May 21, 2018

s/ Robert Amador

ROBERT AMADOR, ESQ.
Attorney for Plaintiff DEBORAH ANNE MILLER
Centennial Law Offices
9452 Telephone Rd. 156
Ventura, CA. 93004
(888)308-1119 ext. 11
(888)535-8267 fax
R.Amador@centenniallawoffices.com

# CERTIFICATE OF SERVICE

I certify that on this date, May 21, 2018, I electronically filed the foregoing NOTICE OF VOLUNTARY DISMISSAL AS TO ASHLEY STEWART, JOSEPH THOMPSON and DOE 1-5, with the Clerk of the Court using the CM/ECF system and I hereby certify that I mailed a copy of the foregoing, First Class U.S. Mail, to the following non-CM/ECF party:

ASHLEY STEWART
2655 Millersport Hwy #165
Getzville, NY 14068

JOSEPH THOMPSON
6600 Sanders Rd.,
Lockport NY 14094

HATFIELD PORTFOLIO GROUP LLC
c/o UNITED STATES CORPORATION AGENTS, INC.
7014 13TH AVENUE
SUITE 202
BROOKLYN, NEW YORK, 11228

HARBINGER PROCESSING GROUP LLC
c/o UNITED STATES CORPORATION AGENTS, INC.
7014 13TH AVENUE
SUITE 202
BROOKLYN, NEW YORK, 11228

JASON BUZAK
2390 North Forest Road
Getzville NY 14068-1294

    s/ Robert Amador
    ROBERT AMADOR, ESQ.
    Attorney for Plaintiff DEBORAH ANNE MILLER
    Centennial Law Offices
    9452 Telephone Rd. 156
    Ventura, CA. 93004
    (888)308-1119 ext. 11

(888)535-8267 fax
R.Amador@centenniallawoffices.com