United States District Court
WESTERN DISTRICT OF NEW YORK

DEBORAH ANNE MILLER

v.

HATFIELD PORTFOLIO GROUP LLC,
HARBINGER PROCESSING GROUP, LLC
and JASON BUZAK

**D E F A U L T**
**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 14-CV-1060

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that Plaintiff's Motion for Default Judgment against Hatfield Portfolio Group LLC, Harbinger Processing Group, LLC and Jason Buzak is Granted in part in the amount of $5,199.50: $250.00 in statutory damages and $4,949.50 in attorney fees.

Date: October 8, 2019

MARY C. LOEWENGUTH
CLERK OF COURT

By: s/Suzanne Grunzweig
     Deputy Clerk